UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Rosado,

                        Plaintiff(s),

        -against –

County of Putnam, et al.,

                        Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:20-CV-06347 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: October 14, 2021

    White Plains, New York

                                                           _____
                                                              CATHY SEIBEL, U.S.D.J.